# Court of Appeals
# of the State of Georgia

ATLANTA, March 01, 2013

*The Court of Appeals hereby passes the following order*

**A13I0142. 3 LINS, LLC, A GEORGIA LIMITED LIABILITY COMPANY et al v. DOCUCONSULTING, LLC, A GEORGIA LIMITED LIABILITY COMPANY.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

12CV1517



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, March 01, 2013.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*